**Order entered June 3, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00494-CR

**DEREK A. NELSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-80609-2014**

## ORDER

We **GRANT** court reporter LaTresta Ginyard's May 27, 2016 request for an extension of time to file the reporter's record. The reporter's record shall be due on **July 15, 2016**.

/s/     LANA MYERS
          JUSTICE